JP Oil Group, Inc. v Lakhani (2024 NY Slip Op 00721)

JP Oil Group, Inc. v Lakhani

2024 NY Slip Op 00721

Decided on February 9, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND DELCONTE, JJ.

1046 CA 23-00953

[*1]JP OIL GROUP, INC., PLAINTIFF-RESPONDENT,
v
SADRUDDIN M. LAKHANI AND AMIR PERANI, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

ATHARI & ASSOCIATES, LLC, NEW HARTFORD (MO ATHARI OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
SPECTOR GADON ROSEN VINCI P.C., NEW YORK CITY (DAVID B. PICKER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Oneida County (James P. McClusky, J.), entered January 27, 2023. The order denied defendants' motion to compel certain depositions and denied plaintiff's motion for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see CPLR 5511; Parochial Bus Sys. v Board of Educ. of City of N.Y. , 60 NY2d 539, 544-546 [1983]).
Entered: February 9, 2024
Ann Dillon Flynn
Clerk of the Court